UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
Milwaukee Division

| ALPER KOLCU, Plaintiff, | Case No. 23-CV-0849 |
|---|---|
| v. | **COMPLAINT FOR EMPLOYMENT DISCRIMINATION** |
| VERIZON COMMUNICATIONS, INC. et al, | |
| Defendants, (See attached) | **JURY TRIAL DEMANDED** |

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2023 NOV 14 A 9:17

## PLAINTIFF'S MOTION FOR NUNC PRO TUNC ORDER- Pursuant to F.R.C.P. R. 72(a) & Actus Curiae Neminem Gravabit

Plaintiff, Alper Kolcu, as prior Motion (Dkt 47) was denied, pursuant to U.S.C. § 1292(b), U.S.C. § 1870, Fed. R. Civ. P 10(e), 60(a), s72(a) hereby objects to the Honorable Judge's Order (Dkt 53), in determination of Plaintiff's Motion for Reconsideration (Dkt 47), filed on November 2, 2023.

In pursuit of an opportunity to raise the genuine dispositive matter, unrelated to the actions of the Complaint, Plaintiff relies on this Honorable Court's Reconsideration of Magistrate Judge's Order (Dkt 53), OR enter a separate order detailing the statutory criteria Court considered in refusing to acknowledge Plaintiff's Service of Process, Summons and Complaint (Dkt 1).

In support of this Motion, Plaintiff relies upon the record in this case, and submits the accompanying Plaintiff's Brief in Support of the Proposed Order.

Dated: November 14, 2023.

*[signature]*

Alper Kolcu
225 N 66th St,
Milwaukee, WI, 53213