UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF WISCONSIN

```
U.S. District Court
Wisconsin Eastern
DEC 11 2023
FILED
Clerk of Court
```

Alper Kolcu

v.

Verizon Communications, Inc., et al.

Case No.: **23-cv-849**

## AFFIDAVIT OF NON-SERVICE & DUE DILIGENCE

I, RJ Howard, being first duly sworn, on oath deposes and says:

1. I am an adult resident of the State of Wisconsin and not interested in, nor party to, the above titled action.
2. I attempted to serve an authenticated copy of Summons in a Civil Action, Complaint for Employment Discrimination, Notice of a Lawsuit and Request to Waive Service of a Summons (blank), , Waiver of the Service of Summons (blank), Consent to Proceed Before a Magistrate Judge & Supporting Documents upon **Thomas Pietila at 8217 Stanley Way, Caledonia, WI.**
3. Despite judicious diligence Thomas Pietila could not be served.
4. Reason I believed Thomas Pietila could be served at this location: address provided by client
5. Service was attempted on:

    10/29/23 at 4:01pm - No answer, drapes closed, white Ford pickup in drive, no plate, camera on house

    10/31/23 at 8:38am - No answer, same truck in drive, no lights

    11/3/23 at 6:19pm - No answer, house is dark, blinds closed, no sounds

    11/5/23 at 3:09pm - No answer, house is dark, BMW (plate: ASF-2296) and Chevy (plate: ATR-7016) in driveway. Left business card on door.

    11/9/23 at 5:49pm - No answer, no vehicles, blinds closed, card gone.

    11/12/23 at 2:04pm - No answer, dark and quiet, no vehicles.

    11/19/23 at 7:31am - No answer, dark, blinds all closed.

I declare under penalties of perjury that the information contained herein is true and correct.

Dated on 12-1-23

By: _____
RJ Howard, Authorized Process Server

**KRISTIN D HOWARD**
**NOTARY PUBLIC**
**STATE OF WISCONSIN**

State of Wisconsin, County of Kenosha

Subscribed and sworn to before me on 12-1-23

_____
Notary Public, State of Wisconsin
commission expires: 2-16-27

**CREAM CITY PROCESS**

1433 N. Water St., Suite 400
Milwaukee, Wisconsin 53202
creamcityprocess.com | 414-212-5323

CLIENT: KOLCU

Case 2:23-cv-00849-WED   Filed 12/11/23   Page 1 of 1   Document 68