# JacksonLewis

Jackson Lewis P.C.
22 East Mifflin Street, Suite 800
Madison WI 53703
(608) 729-5598 Main
(608) 260-0058 Fax

jacksonlewis.com

February 5, 2024

### *Via Electronic Filing*

Judge William E. Duffin
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Avenue, Room 362
Milwaukee, WI 53202

      Re:    Kolcu v. Verizon Communications Inc., et al.
             Case No. 23-CV-00849

Dear Judge Duffin:

      This letter regards the Court's Decision and Order, dated February 1, 2024, with respect to the matter referenced above. Defendant Marc Fisher is not included among the Defendants set forth on Pages 11 and 12 who have been dismissed from this action. My interpretation is that this was simply an oversight, and that Mr. Fisher would be a dismissed party, as the Court's denial of the Motion to Dismiss appears to apply only to Verizon Communications Inc. I would appreciate clarification from the Court if my interpretation and understanding with respect to Mr. Fisher is incorrect.

      Very truly yours,

      /s/ Brian G. Nuedling
      Brian G. Nuedling, WI Bar #1035493
      Michaela A. Hendricks, WI Bar #1124716
      JACKSON LEWIS P.C.
      22 East Mifflin Street, Suite 800
      Madison, WI 53703

      *Attorneys for Defendants*

4880-4599-6194, v. 1