# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

February 6, 2024

**To:** Gina M. Colletti
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 24-1178 |
| Caption:<br>ALPER KOLCU,<br>    Plaintiff - Appellant<br><br>v.<br><br>VERIZON COMMUNICATIONS, INCORPORATED, et al.,<br>    Defendants - Appellees |
| District Court No: 2:23-cv-00849-WED<br>Magistrate Judge William E. Duffin<br>Clerk/Agency Rep Gina M. Colletti<br>eDate NOA filed in District Court: 02/06/2024 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)