UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALPER KOLCU,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.,<br><br>        Defendant. | Case No. 23-C-0849 |

**DEFENDANT'S MOTION TO STRIKE
PLAINTIFF'S FIRST AMENDED COMPLAINT AND FOR SANCTIONS**

Defendant Verizon Communications, Inc. ("Defendant"), by its attorneys, Jackson Lewis, P.C., moves to strike Plaintiff's First Amended Complaint pursuant to Fed. R. Civ. P. 12(f)(2) and Fed. R. Civ. P. 15(a)(2), and for sanctions pursuant to 28 U.S.C. § 1927 and this Court's inherent power.

In support of this Motion, Defendant submits the accompanying Brief in Support of its Motion to Strike Plaintiff's First Amended Complaint and for Sanctions.

Dated this 6th day of May, 2024

        /s/ Brian G. Nuedling
        Brian G. Nuedling, WI Bar # 1035493
        JACKSON LEWIS P.C.
        22 East Mifflin Street, Suite 800
        Madison, WI  53703
        Direct Tel:  (608) 807-5278
        Fax:  (608) 260-0058
        Brian.Nuedling@JacksonLewis.com

1

Michaela A. Hendricks, WI Bar # 1124716
JACKSON LEWIS P.C.
22 East Mifflin Street, Suite 800
Madison, WI  53703
Direct Tel:  (608) 807-5286
Fax:  (608) 260-0058
Michaela.Hendricks@JacksonLewis.com

*Attorneys for Defendant Verizon Communications, Inc.*

4879-2603-6411, v. 1

2

Case 2:23-cv-00849-WED   Filed 05/06/24   Page 2 of 2   Document 96